

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00670-CV

Desiree Shvonne **MARSHALL,**
Appellant

v.

Bonnie **MULLER,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20521
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court